```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 23184
    EARNESTINE MATTHEWS
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-7522


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 12/10/2007 and was confirmed 03/13/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors   1.00%.

      The case was dismissed after confirmation 10/23/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID           PAID
------------------------------------------------------------------------------
CAPITAL ONE AUTO FINANCE  SECURED VEHIC    5290.00          239.58         772.96
CITY OF CHICAGO WATER DE  SECURED           475.25            .00          475.25
COOK COUNTY TREASURER     SECURED              .00            .00             .00
DEUTSCHE BANK NATIONAL    CURRENT MORTG        .00            .00             .00
DEUTSCHE BANK NATIONAL    MORTGAGE ARRE    9100.00            .00             .00
UMLI/UM CAPITAL LLC       CURRENT MORTG        .00            .00             .00
UMLI/UM CAPITAL LLC       MORTGAGE ARRE    2500.00            .00             .00
DEPT OF TREASURY          PRIORITY       NOT FILED            .00             .00
PUBLIC STORAGE            UNSECURED      NOT FILED            .00             .00
FINGERHUT                 UNSECURED         203.01            .00             .00
CITIBANK                  UNSECURED      NOT FILED            .00             .00
CITIBANK                  UNSECURED      NOT FILED            .00             .00
CITIBANK                  UNSECURED      NOT FILED            .00             .00
CITIBANK                  UNSECURED      NOT FILED            .00             .00
CITIBANK                  UNSECURED      NOT FILED            .00             .00
CITIBANK                  UNSECURED      NOT FILED            .00             .00
US CELLULAR               UNSECURED      NOT FILED            .00             .00
COUNTRYWIDE HOME LOANS I  UNSECURED      NOT FILED            .00             .00
WOW INTERNET & CABLE SER  UNSECURED      NOT FILED            .00             .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         878.21            .00             .00
PREMIER BANKCARD          UNSECURED         462.38            .00             .00
PREMIER BANKCARD          UNSECURED         461.44            .00             .00
GEMB/WALMART              UNSECURED      NOT FILED            .00             .00
GREAT AMERICAN FINANCE    UNSECURED        1005.00            .00             .00
GREAT AMERICAN FINANCE    UNSECURED      NOT FILED            .00             .00
HSBC NV                   UNSECURED      NOT FILED            .00             .00
HSBC NV                   UNSECURED      NOT FILED            .00             .00
JEFFERSON CAPITAL SYSTEM  UNSECURED         875.14            .00             .00
MIDLAND CREDIT MANAGEMEN  UNSECURED        1179.37            .00             .00
MVSU                      UNSECURED      NOT FILED            .00             .00
PEOPLES GAS LIGHT & COKE  UNSECURED        1444.45            .00             .00
PAYDAY LOAN STORE         UNSECURED      NOT FILED            .00             .00

                       PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 07 B 23184 EARNESTINE MATTHEWS
```

```
UNITED COMPUCRED          UNSECURED      NOT FILED              .00              .00
UNITED COMPUCRED          UNSECURED      NOT FILED              .00              .00
US CELLULAR               UNSECURED      NOT FILED              .00              .00
US CELLULAR               UNSECURED      NOT FILED              .00              .00
WORLD FINANCIAL NETWORK   FILED LATE           .00              .00              .00
CAPITAL ONE AUTO FINANCE  SECURED NOT I   6032.11               .00              .00
GREAT AMERICAN FINANCE    SECURED         1000.00              9.77          1000.00
ILLINOIS DEPT OF REVENUE  PRIORITY         129.09               .00              .00
ILLINOIS DEPT OF REVENUE  UNSECURED         42.50               .00              .00
NICOLE G LAWSON           DEBTOR ATTY     3,000.00                           2,106.45
TOM VAUGHN                TRUSTEE                                              395.99
DEBTOR REFUND             REFUND                                                  .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                     RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE              5,000.00

PRIORITY                                         .00
SECURED                                     2,248.21
   INTEREST                                   249.35
UNSECURED                                        .00
ADMINISTRATIVE                              2,106.45
TRUSTEE COMPENSATION                          395.99
DEBTOR REFUND                                    .00
                     ---------------     ---------------
TOTALS               5,000.00                5,000.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
    Dated: 01/27/09           _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE